IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:14-CV-152-BR

| | |
|---|---|
| Don Webb, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| Murphy-Brown LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE

This matter comes before the undersigned on the motion of the movant, Eugena Ward Ellis, as Administratrix of the Estate of Isaac Shelton Ward, requesting that she be substituted as the Plaintiff.

Finding good cause is shown, the Court hereby grants the motion and orders that Eugena Ward Ellis, as Administratrix of the Estate of Isaac Shelton Ward, is substituted as the Plaintiff for the decedent, and the caption should be modified to substitute for Isaac Shelton Ward the following: "Eugena Ward Ellis, as Administratrix of the Estate of Isaac Shelton Ward."

So ordered, this the 15th day of October, 2018.

_____
Robert B. Jones, Jr.
United States Magistrate Judge