IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:14-CV-152-BR

| | |
|---|---|
| Don Webb, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| Murphy-Brown LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE

This matter comes before the undersigned on the motion of the movant, Randy Allen Davis, as Executor of the Estate of Jennie Stancil Davis, requesting that he be substituted as the Plaintiff.

Finding good cause is shown, the Court hereby grants the motion and orders that Randy Allen Davis, as Executor of the Estate of Jennie Stancil Davis, is substituted as the Plaintiff for the decedent, and the caption should be modified to substitute for Jennie Stancil Davis the following: "Randy Allen Davis, as Executor of the Estate of Jennie Stancil Davis."

So ordered, this the 9 day of April, 2019.

Robert B. Jones, Jr.
United States Magistrate Judge